# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Daniel Francisco-Diego**<br>DOB: 1997; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>21-07197MJ |
| Complaint for violation of Title 8 United States Code §§ 1324(a)(1)(A)(v)(I), 1324(a)(1)(A) (ii), and 1324(a)(1)(B)(i). | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about April 18, 2021, in the District of Arizona, **Daniel Francisco-Diego**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Alejandro Serrano-Martinez and Jose Alfredo Guadalupe-Reyes, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i).**

**COUNT 2 (Felony)** On or about April 18, 2021, in the District of Arizona, **Daniel Francisco-Diego**, knowing and in reckless disregard of the fact that certain illegal aliens, including Alejandro Serrano-Martinez and Jose Alfredo Guadalupe-Reyes, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about April 18, 2021, in the District of Arizona (Bisbee), United States Border Patrol Agents (BPAs) received information that a sensor near Mile Marker 346 and State Route 92 had been activated, and that four individuals were seen loading into a dark colored sedan through a remote video surveillance system. BPAs were able to locate the vehicle that matched the one on video surveillance and conducted a traffic stop. The vehicle was driven by **Daniel Francisco-Diego**, and there were four passengers in the backseat, all wearing camouflage. One passenger tried to abscond but was apprehended. BPAs determined all four passengers, including Alejandro Serrano-Martinez and Jose Alfredo Guadalupe-Reyes, were citizens of Mexico, without proper documentation to enter or remain in the United States legally.

Record checks revealed that Serrano-Martinez was previously removed from the U.S. on October 12, 2019 and Guadalupe-Reyes was previously removed from the U.S. on March 19, 2021.

In a post-*Miranda* statement, **Daniel Francisco-Diego** admitted he was hired to pick up and drive the illegal aliens to two different locations. He admitted he has been hired to do this on four other occasions. He further stated he knew the aliens were in the country illegally, and he expected to get paid between $800 - $1000 per alien he was transporting.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY:   AUSA JAA/lw | SIGNATURE OF COMPLAINANT<br>*[signature]* |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent<br>Pedro Leon |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Jacqueline M. Rateau* | DATE<br>April 19, 2021 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54